BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WIL FRENTZEN (LABN 24421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR |
| Plaintiff, | UNITED STATES' MOTION TO SEAL INDICTMENT AND ARREST WARRANT AND [PROPOSED] ORDER |
| v. | |
| BTC-E, A/K/A CANTON BUSINESS CORPORATION, ANDREY NIKONOROV, STANISLAV GOLOVANOV, ALEXANDER BUYANOV, and ALEXANDER VINNIK. | UNDER SEAL |
| Defendants. | |

    The United States hereby moves the Court for an order sealing this Motion and Order, the Indictment, and the arrest warrant. The government believes that if the defendants are made aware of these documents before they are arrested, that they may make efforts to avoid being arrested.

MOTION TO SEAL

Date: May 31, 2016

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that this Motion and Order, the Indictment, and the warrant for the defendant's arrest shall be filed and kept under seal by the clerk of the Court until further order of the Court. The Court hereby further **ORDERS** that any representative of the United States Attorney's Office, the Federal Bureau of Investigation, IRS-CID or the United States Postal Inspection Service shall be allowed to obtain a copy of the Indictment and arrest warrant for the defendant without further order of the Court. WF

Dated: May 31, 2016

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

MOTION TO SEAL