| | |
|---|---|
| 1   BRIAN J. STRETCH (CABN 163973)<br>    United States Attorney | **FILED** |
| 2 | |
| 3   BARBARA J. VALLIERE (CABN 147374)<br>    Chief, Criminal Division | FEB 13 2017 |
| 4   WILLIAM FRENTZEN (LABN 24421)<br>    Assistant United States Attorney | SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5

6   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
7   FAX: (415) 436-7234
     William.frentzen@usdoj.gov

8

Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) No.: CR 15-0319 RS |
| 15 | v. | ) NOTICE OF POTENTIALLY RELATED CASES |
| 16 | CARL FORCE, and | ) Court: Honorable Richard Seeborg |
| 17 | SHAUN W. BRIDGES, | ) |
| 18 | Defendants. | ) |
| | | |
| 22 | UNITED STATES OF AMERICA, | ) No.: CR 16-0227 SI |
| 23 | v. | ) Court: Honorable Susan Illston |
| 24 | BTC-E, and<br>ALEXANDER VINNIK, | ) **UNDER SEAL** |
| 25 | Defendants. | ) |

USA NOTICE
CR 15-0319 RS; 16-0227 SI

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the more recent criminal case, No. CR-16-0227 SI, could be deemed by the Court to be related to CR-15-0319 RS, under the Local Rule.

The more recent case against BTC-E and Alexander Vinnik, No. CR-16-0227 SI, involves money laundering through use of the digital currency Bitcoin. BTC-E is suspected to currently be the most prolific launderer of digital currency in the world. The case also involves operating BTC-E as an unlicensed money business by exchanging Bitcoin and other digital currency withouth proper registration and compliance with FinCEN. Finally, the case involves laundering of funds by Vinnik that were taken by fraud from another Bitcoin exchange, Mt. Gox. The defendants in case No. CR-15-0319 RS, Carl Force and Shaun Bridges both utilized Bitcoin and specifically used BTC-E to launder funds that they acquired through fraud and theft. In the BTC-E and Vinnik case, the transactions by Force and Bridges are referred to as specified unlawful activity and specific acts of money laundering utilizing the BTC-E exchange. Furthermore, the case against Bridges involved his use of Mt. Gox in order to launder some of his stolen funds, as well as his seizure of Bitcoin from Mt. Gox as a Secret Service Special Agent. Based upon these facts, the more recent case could be deemed to be related within the meaning of Local Rule 8-1(b)(1) as they involve some of the same alleged factual events and occurrences.

Additionally, the government believes that the case against BTC-E and Vinnik may involve additional costs or expenditure of resources if it remains with the Honorable Judge Illston, since Judge Seeborg has already been familiarized with the various entities, individuals, currencies, and concepts involved in the new case.

Finally, the government currently expects to bring additional charges against defendant Bridges that further involve use of Bitcoin and BTC-E. Those charges are expected to be related to Judge Seeborg and involve many of the same concepts and entities as well.

1  Given the foregoing, the government hereby gives notice that these cases could, and likely should,
2  be related to the earlier Judge, Judge Seeborg. Given the nature of the case against BTC-E and Vinnik
3  (both defendants were indicted, but the superseding indictment is under seal and neither BTC-E nor
4  Vinnik are aware that they are the subject of federal charges), the government hereby moves for the
5  Court to file this matter UNDER SEAL until further order of the Court.
6
7  DATED: February 9, 2017                                Respectfully submitted,

                                                          BRIAN J. STRETCH
                                                          United States Attorney


                                                          WILLIAM FRENTZEN
                                                          Assistant United States Attorney


IT IS HEREBY ORDERED, that due to the nature of the matters discussed within this Motion and that the case of United States v. BTC-E and Vinnik is currently maintained under seal, that this Motion and any resulting Order shall be filed and maintained UNDER SEAL, until further Order of the Court.

SO ORDERED, this 13 day of February, 2017.

                                                          HON. RICHARD SEEBORG/SUSAN ILLSTON
                                                          UNITED STATES DISTRICT JUDGE

USA NOTICE
CR 15-0319 RS; 16-0227 SI                                 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARL FORCE, and<br>SHAUN W. BRIDGES,<br><br>　　　　　Defendant. | Case No. 15-cr-00319-RS<br>　　　　　16-cr-00227-SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/13/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Frentzen
U.S. Attorney's Office,
NDCA Gang Strike Force Unit
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: 2/13/2017

Susan Y. Soong
Clerk, United States District Court

*Corinne Lew*
By:_____
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG