1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   WILLIAM FRENTZEN (LABN 24421)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        William.frentzen@usdoj.gov
8
    Attorneys for United States of America
9

**FILED**

MAY 17 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14
    IN THE MATTER OF THE SEARCH OF    )   No.: 16-MC-80263 LB/WHA
15  CONTENT STORED AT PREMISES        )
    CONTROLLED BY GOOGLE, INC. AND    )   NOTICE OF POTENTIALLY RELATED CASES
16  FURTHER DESCRIBED IN ATTACHMENT   )
    A                                 )   Court:  Honorable William Alsup
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )

21  _____

22  UNITED STATES OF AMERICA,         )   No.:  CR 16-0227 RS
                                      )
23       v.                           )
                                      )
24  BTC-E, and                        )   Court:  Honorable Richard Seeborg
    ALEXANDER VINNIK,                 )
25                                    )   **FILED EX PARTE AND UNDER SEAL**
         Defendants.                  )
26                                    )
                                      )
27                                    )

28  _____
    USA NOTICE
    16-MC-80263 LB/WHA; CR 16-0227 RS          1

1    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

2 that the more recent case, No. 16-mc-80263 LB/WHA, could be deemed by the Court to be related to

3 existing case CR-16-0227 RS, under the Local Rule.  Because description of the nature of the related

4 matters will require discussion of the earlier case, the government hereby requests to provide the Court

5 this justification for the related notice under seal, ex parte, and in camera.

6    The more recent case involves litigation stemming from a search warrant issued to Google,

7 Inc., in June of 2016 for production of emails in connection with the ongoing investigation that led to

8 the indictment of BTC-E and Alexander Vinnik, No. CR-16-0227 RS.  The existing case involves

9 money laundering through use of the digital currency Bitcoin.  BTC-E is suspected to currently be

10 the most prolific launderer of digital currency in the world.  The case also involves operating BTC-E

11 as an unlicensed money business by exchanging Bitcoin and other digital currency without proper

12 registration and compliance with FinCEN.  Finally, the case involves laundering of funds by Vinnik

13 taken by fraud from another Bitcoin exchange, Mt. Gox.

14    In the later litigation, the government had sought and obtained search warrants issued to

15 Google to further the government's investigation into BTC-E, Vinnik, and its suspected operators

16 and beneficiaries.  Google has refused to comply, claiming that data the government seeks is stored

17 extraterritorially and, therefore, outside the reach of the Stored Communications Act.  Google moved

18 to quash the warrant and the government opposed the motion to quash and moved for sanctions.

19 Magistrate Judge Beeler ordered Google to produce the data.  Google filed the current motion, an

20 appeal of Magistrate Judge Beeler, to a District Judge pursuant to Fed. R. Civ. P. 72(b).  Based upon

21 these facts, the more recent case could be deemed to be related within the meaning of Local Rule 8-

22 1(b)(1) as they involve some of the same alleged factual events and occurrences.

23    Additionally, the government believes that these cases may involve additional costs if not related,

24 because Judge Seeborg will presumably adjudicate the criminal case against BTC-E, Vinnik, and

25 potentially others.  In that context, Judge Seeborg will likely rule on motions to suppress any data

26 produced pursuant to this litigation and the admissibility of data from that production.

27

28

1    Given the foregoing, the government hereby gives notice that the Court could relate these cases

2    pursuant to the Local Rule.  Because of the nature of the case against BTC-E and Vinnik – the Grand

3    Jury indicted both defendants, but the superseding indictment is under seal and neither BTC-E nor

4    Vinnik nor anyone other than the Court and the government are aware that they are the subject of federal

5    charges – the government hereby moves for the Court to file this matter ex parte and UNDER SEAL

6    until further order of the Court.  The government further requests that the Court not issue any public

7    order that reveals the government's targets or the subject matter of the search warrants in any way.

8

9

10   DATED: May 15, 2017                              Respectfully submitted,

11                                                    BRIAN J. STRETCH
                                                      United States Attorney
12

13
                                                      WILLIAM FRENTZEN
14                                                    Assistant United States Attorney

15

16       IT IS HEREBY ORDERED, that due to the nature of the matters addressed this Motion and any

17   resulting Order shall be filed and maintained ex parte and UNDER SEAL, until further Order of the

18   Court.

19

20   SO ORDERED, this 16 7 day of May, 2017.

21                                                    HON. RICHARD SEEBORG/WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   USA,                                        Case No.16-cr-0227 RS

                    Plaintiff,
8
                                                **CERTIFICATE OF SERVICE**
            v.
9   BTC-E, AND ALEXANDER VINNIK,

10                  Defendant.

11

12

13          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.
14
            That on 5/17/2017, I SERVED a true and correct copy(ies) of the attached, by placing said
15  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16  located in the Clerk's office.

17

18          William  Frentzen
            U.S. Attorney's Office
19          450 Golden Gate Avenue
            San Francisco, CA 94102
20

21

22  Dated: 5/17/2017

23
                                                Susan Y. Soong
24                                              Clerk, United States District Court

25

26                                              By:_____
                                                Corinne Lew, Deputy Clerk to the
27                                              Honorable RICHARD SEEBORG

28