1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | WIL FRENTZEN (LABN 24421)
Assistant United States Attorney

5 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

6 |     Telephone:  (415) 436-6959
    Fax:  (415) 436-7234

7 |     William.Frentzen@usdoj.gov

8 | Attorneys for the United States

**FILED**

**JUN 09 2017**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER
OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   CASE NO: CR 16-00227 SI |
|     Plaintiff, | ) |
| | )   UNITED STATES' MOTION TO PARTIALLY |
| v. | )   UNSEAL SUPERSEDING INDICTMENT AND |
| | )   ARREST WARRANTS AND [PROPOSED] |
| | )   ORDER |
| BTC-E, A/K/A CANTON BUSINESS | ) |
| CORPORATION, | ) |
| | )   UNDER SEAL |
| and | ) |
| | ) |
| ALEXANDER VINNIK. | ) |
|     Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

MOTION AND [PROPOSED] ORDER

12-MJO

1    The United States hereby moves the Court for an order partially unsealing the Arrest Warrants

2  and the Superseding Indictment in the above-referenced case.  The purpose of this partial unsealing is so

3  that the United States can provide said documents to foreign law enforcement, prosecutors and judicial

4  authorities for arrest and extradition.  The United States further moves the Court to reseal the documents

5  in their entirety once they have been provided to the foreign authorities and the defendant has been

6  arrested.

7

8

9  Date:  June 9, 2017                                  Respectfully Submitted,

10                                                       BRIAN J. STRETCH
                                                         United States Attorney
11

12

13  _____
                                                         S. WAQAR HASIB for WILLIAM FRENTZEN
14                                                       Assistant United States Attorney

15
                                     **[PROPOSED] ORDER**
16
        Based upon the foregoing request, the Court hereby **ORDERS** that the Arrest Warrants and
17
   Superseding Indictment in the above-referenced case be partially unsealed so that the United States can
18
   provide said documents to foreign authorities for arrest and extradition.  The Court hereby further
19
   **ORDERS** that the documents shall be resealed in their entirety once they have been provided to the
20
   foreign authorities.
21

22

23

24  Dated:  June 9, 2017
                                                         HON. JACQUELINE SCOTT CORLEY
25                                                       UNITED STATES MAGISTRATE JUDGE

26

27

28

MOTION AND [PROPOSED] ORDER