1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4  CLAUDIA QUIROZ (CABN 254419)
   KATHERINE LLOYD-LOVETT (CABN 276256)
5  Assistant United States Attorneys
   C. ALDEN PELKER (MD)
6  Trial Attorney
   Computer Crime & Intellectual Property Section
7  United States Department of Justice

8      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
9      Telephone: (415) 436-7428
       FAX: (415) 436-7234
10     claudia.quiroz@usdoj.gov
       katherine.lloyd-lovett@usdoj.gov
11     catherine.pelker@usdoj.gov

12  Attorneys for United States of America

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17  UNITED STATES OF AMERICA,            )   NO. CR 16-00227-SI
                                         )
18          Plaintiff,                   )   UNITED STATES' MOTION TO UNSEAL AND
                                         )   REQUEST FOR LEAVE TO FILE REDACTED
19     v.                                )   APPLICATION AND ORDER AUTHORIZING
                                         )   TRAVEL RECORD PRODUCTION AND
20  BTC-E, A/K/A CANTON BUSINESS         )   ACCOUNT ACCESS; [PROPOSED] ORDER
    CORPORATION,                         )
21                                       )
    and                                  )
22                                       )
    ALEXANDER VINNIK,                    )
23                                       )
           Defendants.                   )
24  _____)

25

26      The United States of America ("the government"), through undersigned counsel, respectfully

27  moves this Court to unseal redacted copies of (1) an application of the United States for an order

28  authorizing travel record production and contemporaneous account access in matter No. CR-16-90391-

UNITED STATES' MOTION TO UNSEAL; [PROPOSED] ORDER
Case No. CR 16-00227-SI                                                              v. 7/10/2018

MISC-EDL; and (2) the Court order granting that application. The government also requests leave to file the redacted versions of those documents in the above-referenced action.

Those documents are currently under seal and no longer need to be sealed except for the redactions in the proposed versions. The redactions are necessary because they include PII, government personnel email addresses, and information about sensitive law enforcement techniques. Proposed redacted versions of the application and order will be lodged under seal with the Court as Exhibits A and B to this motion.

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: July 3, 2023

/s/
CLAUDIA QUIROZ
KATHERINE LLOYD-LOVETT
Assistant United States Attorneys
C. ALDEN PELKER
Trial Attorney, CCIPS Assistant United States Attorney

### [PROPOSED] ORDER

On the motion of the United States, and good cause appearing therefor, the Court grants the government's motion and ORDERS that the government may file the application of the United States for an order authorizing travel record production and contemporaneous account access and the Court order granting that application in matter No. CR-16-90391-MISC-EDL with the redactions proposed in Exhibits A and B to the government's motion.

IT IS SO ORDERED.

DATED:  7/3/2023

HONORABLE SUSAN ILLSTON
United States District Judge